UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___1/8/2021___ |

RABEY A. HASSAN,

                                Plaintiff,

                -against-                                          20 Civ. 7549 (AT)

CLASSIC FOOD INC. d/b/a SIDO FALAFEL                **ORDER**
& MORE and EMILE AKLEH, individually,

                                Defendants.

ANALISA TORRES, District Judge:

        The initial pretrial conference scheduled for January 18, 2021, is ADJOURNED *sine die*.
By **January 29, 2021**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment
A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this
action.  Failure to do so shall result in dismissal pursuant to Rule 41(b) of the Federal Rules of
Civil Procedure.  *See Baptiste v. Sommers*, 768 F.3d 212 (2d Cir. 2014).

        SO ORDERED.

Dated: January 8, 2021
       New York, New York

                                                        _____
                                                        ANALISA TORRES
                                                        United States District Judge