USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_5/17/2021\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RABEY A. HASSAN,

        Plaintiff,

-against-

CLASSIC FOOD INC. d/b/a SIDO FALAFEL & MORE and EMILE AKLEH, individually,

        Defendants.

20 Civ. 7549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Defendants' appearance in this action, ECF No. 31, the order to show cause hearing scheduled for May 19, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 17, 2021
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge