```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/2/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RABEY A. HASSAN,

                Plaintiff,

-against-

CLASSIC FOOD INC. d/b/a SIDO FALAFEL
& MORE and EMILE AKLEH, individually,

                Defendants.

20 Civ. 7549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 28, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan and scheduling order by July 28, 2021. ECF No. 42 ¶¶ 1, 4-5. On July 29, 2021, the parties submitted a joint letter as directed by the Court's order. ECF No. 43. However, the parties have not yet submitted the required case management plan. That submission is now overdue. Accordingly, the parties shall submit their case management plan by **August 6, 2021**.

    SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge