UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RABEY A. HASSAN,

                              Plaintiff,

                -against-

CLASSIC FOOD INC. d/b/a SIDO FALAFEL
& MORE and EMILE AKLEH, individually,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/4/2021
```

20 Civ. 7549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff Rabey A. Hassan brings this action against Defendants, Classic Food Inc. and Emile Akleh, to recover unpaid wages, overtime payments, statutory penalties, and liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* and parallel state law claims. Compl., ECF No. 1. Defendants defaulted by failing to answer the complaint in a timely manner. *See* ECF No. 19. As a result, on November 6, 2020, the Clerk of Court entered a certificate of default against Defendants. *Id.* Defendants moved to vacate the certificate of default. ECF No. 33.

Defendants' motion is GRANTED. The Court shall issue a memorandum opinion stating the reasons for its judgment in due course. By **November 11, 2021**, Defendants shall answer, or otherwise respond to the complaint. The Clerk of Court is directed to vacate the certificate of default issued on November 6, 2020, ECF No. 17, and to terminate the motion pending at ECF No. 33.

SO ORDERED.

Dated: November 4, 2021
          New York, New York

ANALISA TORRES
United States District Judge