UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RABEY A. HASSAN,

                         Plaintiff,

-against-

CLASSIC FOOD INC. d/b/a SIDO FALAFEL
& MORE and EMILE AKLEH, individually,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/8/2021_

20 Civ. 7549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for December 16, 2021, before the Honorable Analisa Torres, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: December 8, 2021
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge