# WOODS LONERGAN PLLC
### ATTORNEYS AT LAW

woodslonergan.com

280 Madison Avenue
Suite 300
New York, NY 10016
Tel: 212 684 2500
Fax: 212 684 2512

549 Summit Avenue
Jersey City, NJ 07306
Tel: 201 653 3555

*Reply to*
*New York, NY*

Andreas E. Christou, Esq.
Associate
Admitted to the NY & NJ Bar
Email: andreas.christou@woodslaw.com

February 7, 2022

Via ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

      RE:        Hassan v. Classic Food Inc. et. al.
      Case No.:  1:20-cv-07549-AT-OTW

Dear Judge Wang:

      This office represents Plaintiff Rabey A. Hassan ("Plaintiff") in the above-titled action. In advance of the scheduled February 8, 2022 status conference, the parties submit this joint letter as to the proposed items to be discussed at the upcoming status conference. The parties apologize for this letter not being submitted three business days prior to the scheduled conference. This letter is written with the consent and approval of Defendants Classic Food Inc. and Emile Akleh ("Defendants"), Mr. Oscar Michelen, Esq.

**I.**      **Amendment of the Civil Case Management Plan and Scheduling Order**
      This letter motion seeks the Court's to amend the Civil Case Management Plan and Scheduling Order entered on August 4, 2021 (the "Scheduling Order").

      Due to a delay on the part of Defendants in complying with the Scheduling Order, discovery has not been fully completed in accordance with the Scheduling Order. Substantial paper discovery has been exchanged to date. This includes interrogatories and document demands and responses being exchanged by all parties. Depositions have occurred of Plaintiff and Defendant Emile Akleh. Plaintiff seeks at least one additional deposition of an employee of Classic Food, Inc., Antonio Moran, which has been noticed for March 1, 2022. There will also be post-deposition document discovery that will need to be requested and conducted.  As such, the parties would propose the following modifications to the Scheduling Order, or such other dates as the Court orders:

- o Depositions shall be completed by **March 15, 2022**
- o Post-Deposition Discovery Demands and Transcripts to be served by **February 20, 2022.** Responses to demands shall be made within thirty (30) days of their service.
- o Requests to Admit to be served no later than **March 31, 2022**
- o All Fact discovery to be completed by **April 30, 2022**

The parties do not anticipate expert discovery at this time.

**II.     Settlement Conference**

The parties would request that the Court discuss the possibility of a settlement conference before Your Honor, or referral to mediation in this matter.

Should the Court require anything further, please do not hesitate to contact the parties. Thank you for your consideration.

Very Truly Yours,

*/s/ Andreas E. Christou*
Andreas E. Christou, Esq.
*Counsel for Plaintiff*
(212) 684-2500
andreas.christou@woodslaw.com

CC via ECF:
Oscar Michelen, Esq.
*Counsel for All Defendants*
516-741-3222
omichelen@cuomollc.com

**Application GRANTED.**

Depositions shall be completed by March 15, 2022. Post-Deposition Discovery Demands and Transcripts to be served by February 20, 2022. Responses to demands shall be made within thirty (30) days of their service. Requests to Admit to be served no later than March 31, 2022. All Fact discovery to be completed by April 30, 2022.

The conference scheduled for February 8, 2022 is adjourned.

The parties are directed to appear for a pre-settlement scheduling call on **March 29, 2022 at 12:00pm**. The dial-in information is (866) 390-1828, access code: 158-2687

**Ona T. Wang**                                02/07/2022
United States Magistrate Judge